IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. GLR-17-0506 |
| ISABEL FITZGERALD, et al. | : | |

AMENDED SCHEDULING ORDER

The following amended schedule is hereby entered to govern the course of further proceedings in this case:

1. All motions, except motions *in limine*, shall be filed by **September 28, 2018.** Motions *in limine* shall be filed two weeks prior to the pretrial conference.

2. Responses due on or before **November 9, 2018.**

3. Replies due on or before **December 14, 2018**.

4. The motions hearing and pre-trial conference are scheduled for **January 25, 2019** at **9:30 a.m.** in **Courtroom 7A**.

5. At the pre-trial conference, pursuant to Local Rules 210 and 106.7, counsel shall attach tags to all exhibits and meet for the purpose of pretrial review of exhibits, except those to be used solely for impeachment.

6. *Voir dire*

    a. The parties shall submit joint *voir dire*, with noted objections, five working days prior to the **pre-trial conference**.

    b. The parties are to send a courtesy copy of the *voir dire* to my Chambers in addition to forwarding it in Word or Word Perfect format to: mdd_GLRChambers@mdd.uscourts.gov.

7. Jury Instructions

    a. The Court uses a number of boilerplate instructions that address procedural issues (i.e., the role of the jury, what is evidence).

    b. Requested instructions shall be patterned on L. Sand, et al., <u>Modern Federal Jury</u>

Instructions, and the full text of the requested instruction must be submitted with the appropriate citation to Sand. Requests that simply reference the Sand instruction number are insufficient, unless the request seeks a non-substantive instruction. Any instructions patterned on precedent shall include a citation to the relevant case(s).

    c. The government shall submit its proposed instructions **five** working days prior to the **pre-trial conference**.

    d. Three working days prior to the pre-trial conference, the defendants should:

        i. Submit a list of objections to the government's instructions. The list need only identify the objected-to instruction by number;

        ii. Submit any additional proposed instructions.

    e. The parties are to send a courtesy copy of the jury instructions to my Chambers in addition to forwarding them in Word or Word Perfect format to: mdd_GLRChambers@mdd.uscourts.gov.

    8. The six-week jury trial will commence on **February 11, 2019** at **9:30 a.m.** in **Courtroom 7A**. Counsel are reminded to review the provisions of Local Rules 211 and 107.9 concerning courtroom etiquette. **There will be no trial session on Fridays.**

    The parties have ten days from today to request a modification of the amended schedule, after which no changes to the amended schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be by motion and filed electronically.

    SO ORDERED, this 25th day of April 2018.

                                                                     /s/
                                              _____
                                              George L. Russell, III
                                              United States District Judge