## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                CRIMINAL ACTION NO. 1:17-cv-00506

ISABEL FITZGERALD, et al.,

        Defendants.

### ORDER

The Court will hold a telephonic status conference in the above-case on **May 21, 2020, at 4:00 p.m.**  The defendants are welcome to waive personal appearance on the call through counsel, but may also listen in if they so choose. The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

        ENTER:     May 19, 2020

_____
THOMAS E. JOHNSTON, CHIEF JUDGE