**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                         CRIMINAL ACTION NO. 1:17-cv-00506

ISABEL FITZGERALD, et al.,

        Defendants.

**ORDER**

On May 21, 2020, this Court held a telephonic status conference to discuss the schedule in this case in light of the exigent circumstances created by the COVID-19 pandemic. For reasons more fully stated on the record at this hearing, the Court **CONTINUES** the trial currently scheduled for August 3, 2020, to **November 9, 2020, at 9:00 a.m.** The parties shall submit their respective witness lists and any proposed voir dire and jury instructions no later than **November 2, 2020**.

A pretrial motions hearing shall be held on **August 4, 2020, at August 5, 2020, at 9:30 a.m.** Any motions to be addressed at the pretrial motions hearing shall be filed no later than **July 21, 2020.**

This delay is not attributable to lack of diligent preparation or failure to obtain evidence or witnesses on the part of the Government, or to congestion of the Court's calendar. This delay is due to the Court's reduced ability to obtain an adequate spectrum of jurors and the effect of the public health recommendations on the availability of counsel and Court staff to be present in the courtroom during this time period. Believing, for the reasons set forth above, that the ends of justice served by granting a continuance outweigh the best interest of the public and the Defendants in a speedy trial, the Court finds this time excludable under pursuant to 18 U.S.C. § 3161(h)(7)(A).

        **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendants and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER: May 22, 2020

_____
THOMAS E. JOHNSTON, CHIEF JUDGE