**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                           CRIMINAL ACTION NO. 1:17-cv-00506

ISABEL FITZGERALD, et al.,

        Defendants.

## ORDER

Based on the correspondence filed by the United States on May 28, 2020, (ECF No. 162), the Court moves the trial currently scheduled in this case for November 9, 2020, to **October 19, 2020, at 9:00 a.m.** The parties shall submit their respective witness lists and any proposed voir dire and jury instructions no later than **October 12, 2020**.

    **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendants and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

                      ENTER:     June 1, 2020

_____
THOMAS E. JOHNSTON, CHIEF JUDGE