# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CRIMINAL ACTION NO. 1:17-cv-00506

ISABEL FITZGERALD, et al.,

        Defendants.

## ORDER

On July 31, 2020, this Court held a telephonic status conference in the above-styled case. For reasons more fully stated on the record at that hearing, the Court **CONTINUES** the pretrial motions hearing currently scheduled for August 4, 2020, and August 5, 2020, to **September 21, 2020, and September 22, 2020, at 9:00 a.m.**

    **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

                ENTER:      August 3, 2020

_____
THOMAS E. JOHNSTON, CHIEF JUDGE