IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    CRIMINAL ACTION NO. 1:17-cv-00506

ISABEL FITZGERALD, et al.,

        Defendants.

## ORDER

The Court will hold a telephonic status conference in the above-referenced case on **October 20, 2020, at 4:00 p.m.** The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

                            ENTER:      October 20, 2020

THOMAS E. JOHNSTON, CHIEF JUDGE