IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **ISABEL FITZGERALD, et al.**, <br><br> *Defendants*. | Criminal No. 17-506-PWG |

## **CONSENT ORDER**

Sentencing in this matter is currently scheduled for October 13, 2022, with sentencing memoranda due two weeks prior to sentencing and opposing or responsive memoranda due one week prior to sentencing. The parties have informed the Court that due to the trial calendars of counsel, the parties would like to continue the sentencing to December 1, 2022. In consideration of the joint request of the parties and the entire record herein, it is this 2nd day of September, 2022, hereby

ORDERED that sentencing in this matter is hereby continued to December 1, 2022 at 3:00 pm to be held in Baltimore; and it is further

ORDERED that the parties sentencing memoranda are due November 17, 2022; and it is further

ORDERED that opposing or responsive sentencing memoranda are due November 23, 2002.

        /S/
The Honorable Paul W. Grimm
United States District Judge